IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORNELIOUS FISHER, and**                                                     **PLAINTIFFS**
**ELIZABETH B. FISHER**

V.                                                                             NO. 4:21-CV-8-DMB-JMV

**THE BANK OF MELLON, et al.**                                                   **DEFENDANTS**

## ORDER

On September 28, 2021, the Court dismissed with prejudice the Fishers' TILA claims and their claims challenging the assignments, and dismissed without prejudice all remaining claims. Doc. #30 at 13. The Court allowed the Fishers fourteen days to file a motion to amend their complaint as to the claims dismissed without prejudice. *Id.* Because the Fishers did not file a motion to amend their complaint and the time to do so has passed, a final judgment will be issued.

**SO ORDERED**, this 21st day of October, 2021.

                                                                       /s/Debra M. Brown
                                                                       **UNITED STATES DISTRICT JUDGE**