IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORNELIOUS FISHER, and**                                           **PLAINTIFFS**
**ELIZABETH B. FISHER**

**V.**                                                         **NO. 4:21-CV-8-DMB-JMV**

**THE BANK OF MELLON, et al.**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered September 28, 2021, and the order entered this day, the Fishers' TILA claims and their claims challenging the assignments are dismissed with prejudice, and all of their other claims are dismissed without prejudice.

**SO ORDERED**, this 21st day of October, 2021.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**